# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

JOSEPH X. SMITH, )
 )
    Plaintiff, )
 )
v. ) No. 4:15CV1297 RLW
 )
JULIE INMAN, et al., )
 )
    Defendants, )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to file an appeal out of time and for leave to proceed in forma pauperis. Plaintiff also moves to reopen this action.

The Court finds that the requirements of Rule 4(a)(6) of the Rules of Appellate Procedure are satisfied, and the Court will reopen the time for filing an appeal for a period of fourteen (14) days after the date of this Order.

Plaintiff's motion to reopen this case is denied. Plaintiff has not stated any cognizable reason why the dismissal was improper.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file an appeal out of time and for leave to proceed in forma pauperis on appeal [ECF No. 24] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff may file a notice of appeal no later than fourteen (14) days from the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff's motion to reopen case [ECF No. 25] is **DENIED**.

Dated this 29th day of April, 2016.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE