# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH X. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15-CV-1297 RLW |
| ) | |
| JULIE INMAN, et al., ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on remand from the Court of Appeals to calculate and collect the appellate filing fees under 28 U.S.C. § 1915(b). The Court is unable to fully comply with the remand.

The Court cannot calculate an initial partial filing fee under § 1915(b) because plaintiff is not a prisoner. He is a civil detainee in the Missouri Department of Mental Health. As a result, the Court will order plaintiff either to pay the full amount of the appellate filing fee or to file a motion for leave to proceed in forma pauperis in the Court of Appeals.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than fourteen (14) days from the date of this Order, plaintiff must either pay the $505 appellate filing fee or file a

motion for leave to proceed in forma pauperis in the Court of Appeals for the Eighth Circuit.

**IT IS FURTHER ORDERED** that the Clerk is directed to forward a copy of this Order to the Court of Appeals.

Dated this 21st day of June, 2016.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE